UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THOMAS O. DAAKE, SR. and ADELE Z. DAAKE, | ) ) ) ) |
| Plaintiffs, | ) ) No. 4:15-CV-651 RLW |
| v. | ) ) |
| AUTO-OWNERS INSURANCE COMPANY, | ) ) ) |
| and | ) ) |
| RODGER M. HUFF, II, | ) ) |
| and | ) ) |
| FIVE STAR INSURANCE AGENCY, INC., | ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Auto-Owners Insurance Company's Motion to File its First Amended Answer to Plaintiffs' Second Amended Petition ("Motion"; ECF No. 32). The Court will grant Defendant's Motion. Further, the Court finds that granting Defendant's Motion moots Plaintiffs' Motion to Strike Affirmative Defenses (ECF No. 28), which was directed at Defendant's prior answer and affirmative defenses.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Auto-Owners Insurance Company's Motion to File its First Amended Answer to Plaintiffs' Second Amended Petition (ECF No. 32) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Strike Affirmative Defenses (ECF No. 28) is **DENIED** without prejudice.

Dated this 30th day of June, 2015.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**